UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHITE,<br><br>                             Plaintiff,<br><br>v.<br><br>ROBERTO'S TACO SHOP et al.,<br><br>                             Defendants. | Case No.: 3:17-cv-01783-CAB-MDD<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 14] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 14], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE** in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is **SO ORDERED**.

Dated:  March 26, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge